WK:MEB
F. #2018R02275

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 05 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOHN DOE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DEARIE, J.

NOTICE OF MOTION

Criminal Docket No. CR 19 64

GOLD, M.J.

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           February 4, 2019

                                               RICHARD P. DONOGHUE
                                               United States Attorney
                                               Eastern District of New York
                                               Attorney for Plaintiff
                                               271 Cadman Plaza East
                                               Brooklyn, New York 11201

                         By:    _____
                                               Whitman G.S. Knapp
                                               Mark E. Bini
                                               Assistant United States Attorneys
                                               (718) 254-6107/8761

c.c.:   Clerk of the Court
       Defense Counsel (by e-mail)