# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 05 2019 ★

BROOKLYN OFFICE

**CR 19 64**
**DEARIE, J.**
**GOLD, M.J.**

1. Title of Case: <u>United States v. John Doe</u>

2. Related Magistrate Docket Number(s): --

3. Arrest Date: Not yet arrested

4. Nature of offense(s):   ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): N/A

6. Projected Length of Trial:   Less than 6 weeks   ☒
   More than 6 weeks   ☐

7. County in which crime was allegedly committed: Kings County.
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐ Yes   ☒ No

9. Has this indictment/information been ordered sealed?   ☐ Yes   ☒ No

10. Have arrest warrants been ordered?   ☐ Yes   ☒ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

RICHARD P. DONOGHUE
United States Attorney

By: _/s/_____
Whitman G.S. Knapp
Mark E. Bini
Assistant U.S. Attorneys
718-254-8761

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12