U.S.M.J. STEVEN M. GOLD                                        2/8/2019

## CRIMINAL CAUSE FOR PLEADING

USA -v- John Doe                              Docket No.: 19 -CR- 64 (RJD)

Defendant: Rodrigo Garcia Berkowitz

☒ present   ☐ not present        ☐ custody   ☒ bail

Def. Counsel: Kent Schaffer and James Kennedy

☒ present   ☐ not present        ☐ CJA   ☐ FD   ☒ Retained

AUSA: Mark Bini                         Clerk/Deputy: Saudia Gillespie

Interpreter: _____            Language: _____

FTR: ( 12:14:05 - 1:13 )               Reporter: _____

- ☒ Case Called
- ☒ Defendant's First Appearance
- ☒ Defendant: ☒ Sworn   ☒ Arraigned   ☐ Informed of Rights
- ☒ Waiver of Indictment Executed for Defendant
- ☐ Superseding Indictment/Information Filed
- ☐ Bench Warrant Issued: _____
- ☒ Defendant Enters Guilty/Not Guilty Plea to Count(s) 1
  of the (Superseding) Indictment/Information
- ☐ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) _____
  of the (Superseding) Indictment/Information
- ☐ Court Finds Factual Basis for the Plea
- ☐ Sentencing Set for 9 / 13 / 19 at 10:00 a.m.
- ☐ Sentencing to be Set by Probation
- ☒ Bail/Bond: ☒ Set   ☐ Continued for Defendant   ☐ Continued in Custody
- ☐ Case Adjourned to ___/___/___ at _____
- ☒ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution.  A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.  The Magistrate Judge recommends that the plea of guilty be accepted.
- ☐ Transcript Ordered
- ☒ Other: Transcript sealed with the exception of counsel on the case.