AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Rodrigo Garcia Berkowitz<br>*Defendant* | ) ) ) ) ) ) Case No.  19-cr-64 (RJD) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2-08-19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

JAMES MAX KENNEDY
*Printed name of defendant's attorney*

S/ Steven M. Gold, U.S.M.J.

_____
*Judge's signature*

Steven M Gold   USMJ
*Judge's printed name and title*