TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

*********************************

United States

        -v.-            19-CR-64 (RJD)
Rodrigo Garcia Berkowitz,    Docket Number

*********************************

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Mark E. Bini
Firm Name: U.S. Attorney's Office, E.D.N.Y.
Address: 271 Cadman Plaza East
         Brooklyn, New York 11201
Phone Number: 718-254-8761
E-Mail Address: mark.bini@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ____ NO ✓
If yes, state description of document to be entered on docket sheet:

_____
_____
_____

A) **If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

B) **If a new application, the statute, regulation, or other legal basis that authorizes filing under seal**

_____
_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE,
AND MAY NOT BE UNSEALED UNLESS ORDERED BY
THE COURT.**

DATED: Brooklyn          NEW YORK
       03/12/2019

_____
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE 03/12/2019
                                       DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ✓ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____: or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

03/12/2019                 Mark E. Bini
DATE                           SIGNATURE

